United States Courts
Southern District of Texas
FILED
*August 04, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-26-2711** |
| | § | |
| **ARMANDO MORENO** | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about January 29, 2026, to on or about February 6, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ARMANDO MORENO**

did knowingly use a facility and means of interstate and foreign commerce to persuade, induce, entice and coerce an individual, who defendant believed had not attained the age of 18 years, to engage in prostitution or any sexual activity for which said defendant could be charged with a criminal offense, that is, Sexual Assault of a Child, in violation of Texas Penal Code Section 22.011(a)(2).

In violation of Title 18, United States Code, Sections 2422(b).

**NOTICE OF FORFEITURE**
**18 U.S.C. § 2428(a) and (b)**

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives notice to the defendant,

**ARMANDO MORENO**

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; and

(2) any property, real or personal, that constitutes or is derived from proceeds traceable to any such offense, including, but not limited to, the following:

- One white Apple iPhone 13 Pro Max with three rear camera lens
- One (1) black Apple iPhone 16e with a single rear camera lens

A TRUE BILL

______________________________
FOREPERSON

AARON F. REITZ
UNITED STATES ATTORNEY

______________________________
ASSISTANT UNITED STATES ATTORNEY